UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kareem Culbreth

Write the full name of each plaintiff or petitioner.

Case No. 24 cv 497

-against-

Manuel
Sgt brahm

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that Kareem Culbreth        Kareem Culbreth
                        plaintiff or defendant    name of party who is making the motion

requests that the Court:

Settle out of Court for 25,000$

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☐ the following additional documents: Culbreth v. Manuel et al

24cv497

2/13/24
Dated

Signature

Kareem Culbreth
Name

110 wells Farm r[oad]
Address

Telephone Number (if available)

---

Application denied. Plaintiff's motion to settle out of Court is not permitted by the Federal Rules of Civil Procedure.

The Clerk of Court is respectfully directed to terminate the motion sequence pending at Doc. 12.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        February 29, 2024