UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KAREEM H. CULBRETH,

                        Plaintiff,

-against-

CORRECTION OFFICER MANUEL, et al.,

                        Defendants.

**ORDER**

24-CV-00497 (PMH)

[rel. 24-CV-02148]

---

PHILIP M. HALPERN, United States District Judge:

      Kareem H. Culbreth ("Plaintiff"), who is proceeding *pro se*, brings this action against Correction Officer Manuel, Sergeant Brahm, and Orange County ("Defendants"), asserting constitutional claims under 42 U.S.C. § 1983 and related claims under state law in connection with a January 2, 2024 incident at the Orange County Jail. (Doc. 1). The individual Defendants were served on March 11, 2024 (Docs. 19-20) and Lia E. Fierro of the Orange County Attorney's Office appeared on behalf of the Defendants on April 8, 2024. (Doc. 21). On May 3, 2024, the Court granted Defendants leave to move to dismiss and set a briefing schedule. (Doc. 27).

      On March 19, 2024, Plaintiff, proceeding *pro se*, initiated a new action against the same individual Defendants—Correction Officer Manuel and Sergeant Brahm—asserting nearly identical allegations regarding the January 2, 2024 incident at the Orange County Jail. (*See Culbreth v. Manuel et al.*, 24-CV-02148 at Doc. 1). The Court accepted Plaintiff's newly filed case as related to this action on May 13, 2024.

      Accordingly, in the interest of judicial economy, counsel for Correction Officer Manuel and Sergeant Brahm are directed to advise the Court, by **May 24, 2024**, whether they agree to waive service of a summons and the Complaint on behalf of their clients with respect to the newly filed action (*Culbreth v. Manuel et al.*, 24-CV-02148).

The Clerk of Court is respectfully directed to: (1) mail a copy of this Order to Plaintiff at the Elmira Correctional Facility, P.O. Box 500, Elmira, NY 14902; (2) mail a copy of this Order to the Orange County Attorney's Office at 255-275 Main Street, Goshen, NY 10924; and (3) docket this Order in both 24-CV-02148 and 24-CV-00497.

**SO-ORDERED:**

Dated: White Plains, New York
       May 15, 2024

_____
Philip M. Halpern
United States District Judge