UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KAREEM H. CULBRETH,

                                        **ORDER**

                    Plaintiff,

v.                                                    24-CV-00497 (PMH)

CORRECTION OFFICER MANUEL, et al.,

                    Defendants.
---------------------------------------------------------X

      Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on January 22, 2024. (Doc. 1). Defendants' request for permission to move to dismiss Plaintiff's Complaint was granted on May 3, 2024 and the Court entered a briefing schedule. (Doc. 27). On May 31, 2024, Defendants filed their motion to dismiss. (Doc. 32). Plaintiff's opposition was due by June 28, 2024. (*See* Doc. 27). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

      Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until August 9, 2024. Defendants' reply, if any, is due August 23, 2024.

      **If Plaintiff fails to file his opposition by August 9, 2024, the motion will be deemed fully submitted and unopposed.  No further extensions of time will be granted.**

      Counsel for Defendants is instructed to mail a copy of this Order to Plaintiff and file proof of service on the docket.

Dated:  White Plains, New York
          July 10, 2024

                                                SO ORDERED:

                                                _____
                                                Philip M. Halpern
                                                United States District Judge