UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM CULBRETH,

                            Plaintiff,

            -against-

MANUEL *et al.*,

                          Defendants.

24-CV-00497 (PMH)

ORDER OF DISMISSAL

PHILIP M. HALPERN, United States District Judge:

      By order dated January 6, 2025, the Court directed Plaintiff to file an amended complaint within thirty days. (Doc. 43). That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

      The Clerk of Court is further directed to close this case.

                                                      **SO ORDERED**.

Dated:  White Plains, New York
          February 19, 2025

                                         PHILIP M. HALPERN
                                         United States District Judge